FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HIAWATHA PORTER,<br><br>*Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, ROBERT MEZA,<br><br>*Defendants.* | Case No. CV15-07657 PSG(KSx)<br><br>"REDACTED WITHOUT FOREPERSON'S SIGNATURE"<br><br>**SPECIAL VERDICT** |

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HIAWATHA PORTER,<br><br>    *Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, ROBERT MEZA,<br><br>    *Defendants.* | Case No. CV15-07657 PSG(KSx)<br><br>**SPECIAL VERDICT** |

We, the jury in the above captioned matter, unanimously answer the following questions submitted to us as follows:

**Question 1.**

Did Robert Meza use excessive force in handcuffing Plaintiff Raymond Porter in violation of his constitutional rights as defined in the jury instructions?

_____ Yes    \_\_\_X\_\_\_ No

Please continue on the next page.

2

**Question 2.**

Did Robert Meza commit a battery upon Raymond Porter as defined in the jury instructions?

_____ Yes    ___X___ No

If your answer to Questions 1 and/or 2 was "yes", then answer Question 3. If you answered "no" to Questions 1 and 2, then please have the presiding juror sign and date this special verdict form.

**Question 3.**

Was the excessive force and/or battery a substantial factor in causing harm to Raymond Porter?

_____ Yes    _____ No

If your answer to Question 3 was "yes", then answer Question 4 as to damages. If you answered "no" to Question 3, then please proceed to Question 5.

**Question 4.**

What amount of damages do you award Plaintiff Raymond Porter for the following? (Write a dollar amount or "nominal damages" not to exceed one dollar.)

The mental, physical and emotional
pain and suffering experienced.                     $_____

The reasonable value of necessary
medical care, treatment, and services
received to the present time.                       $_____

The reasonable value of earnings, earning
capacity, salaries lost up to the present time.  $_____

Please go to question 5.

3

**Question 5.**

Do you find that Robert Meza's conduct that harmed Plaintiff was malicious, oppressive or in reckless disregard of Plaintiff's rights?

_____ Yes   _____ No

DATED: 9/29/2017



Presiding Juror

4