E-FILED-10/5/17
LINK#171

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HIAWATHA PORTER,<br><br>*Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, ROBERT MEZA<br><br>*Defendants.* | Case No. CV15-07657 PSG(KSx)<br><br>[~~PROPOSED~~] JUDGMENT ON VERDICT |

Whereas the action came on for a Jury Trial, commencing on September 26, 2017, in Courtroom 6A of the United States District Court, before the Honorable Phillip S. Gutierrez, United States District Judge; And whereas during the trial, Defendant Jennie Kai Pit Wong and the Plaintiff's Bane Act claim were dismissed on a Rule 50(a) motion by defendants; And whereas the jury made the following unanimous findings on Special Verdict:

"We, the jury in the above captioned matter, unanimously answer the following questions submitted to us as follows:

///
///
///

**Question 1.**

Did Officer Robert Meza use excessive force in handcuffing Plaintiff Raymond Porter in violation of his constitutional rights?

_____ Yes    ___X___ No

**Question 2.**

Did Officer Robert Meza commit a battery upon Raymond Porter as defined in the jury instructions?

_____ Yes    ___X___ No

If your answer to Questions 1 and/or 2 was "yes", then answer Question 3. If you answered "no" to Questions 1 and 2, then please have the presiding jury sign and date this special verdict form.

DATED: September 30, 2017            _____/S/_____
                                    **Presiding Juror**"

Therefore, IT IS HEREBY ADJUDGED that Plaintiff's claims are all dismissed with prejudice, that Plaintiff Raymond Porter shall take nothing, that Defendants shall have judgment against Plaintiff on all claims, and that Defendants shall recover their costs incurred herein.

DATED: 10/5/17            PHILIP S. GUTIERREZ
                          _____
                          Honorable Phillip S. Gutierrez
                          United States District Judge